PETER F. SAMUEL, BAR NO. 072503
Law Offices of Samuel & Samuel
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, CA 95628
Phone:         (916) 966-4722
Fax:             (916) 962-2219

Attorneys for Plaintiff,
ARTHUR ALLEN PHILLIBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ALLEN PHILLIBER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIRE DISTRIBUTION SYSTEMS, INC.<br><br>　　　　Defendants.<br>_____ | CIV. S-06-2511 FCD DAD<br><br>STIPULATION AND ORDER AS TO AMOUNT OF DAMAGES CLAIMED AND ORDER TO REMAND CASE TO STATE COURT |

　　　　The parties hereto, by and through their attorneys of record, hereby stipulate and agree that Plaintiff, ARTHUR PHILLIBER, has represented that his damages including attorney's fees shall not exceed $74,900.00 which is below the jurisdictional limit of the above-captioned court and Defendant TIRE DISTRIBUTION SYSTEMS, INC., based on such representation, agrees that the within action be remanded to the State of California Superior Court, County of Sacramento and waives the thirty (30) day period, if necessary, for effectuation the within Stipulation and Order.

Date: December 6, 2006                              SAMUEL & SAMUEL

　　　　　　　　　　　　　　　　　　　　　By:    /s/ Peter F. Samuel
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
///　　　　　　　　　　　　　　　　　　　　　　ARTHUR PHILLIBERT

///

1
2  Date: December 6, 2006                    FOLEY & LARDNER, LLP
3                                      By:   /s/ Lynn Goodfellow
                                             Attorney for Defendant
4                                            TIRE DISTRIBUTION SYSTEMS, INC.,
5
6
   IT IS SO ORDERED.
7
   Date: December 11, 2006
8
9
10  _____
11  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28